# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ROD ANTHONY HUFF,

               Petitioner,

      v.

PEOPLE OF THE STATE OF CALIFORNIA,

               Respondent.

Case No. CV 22-02464 AB (RAO)

**JUDGMENT**

Pursuant to the Court's Order Dismissing as Moot Amended Petition for Writ of Habeas Corpus,

IT IS ORDERED AND ADJUDGED that the Amended Petition is denied, and this action is dismissed without prejudice.

DATED:  June 05, 2023

_____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE